**Todd Neil HOLTZMAN,
Plaintiff–Appellant,**

v.

**Bobby SHEARIN, Warden; Frank B. Bishop; Gary D. Maynard, Secretary; Tichnell, Classification Department; Crowe, Classification Department; Attorney General; Jeffrey Nines; Thomas K. Wolfe, Defendants–Appellees.**

No. 07–7261.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 17, 2008.

Decided: Jan. 24, 2008.

Todd Neil Holtzman, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before TRAXLER, SHEDD, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Todd Neil Holtzman appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holtzman v. Shearin,* No. 07–1473–WDQ (D.Md. Aug. 8, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*